JUDGE BATTS

08 CV 6124

David M. Monachino (DM-1527)
Eddy Salcedo (ES-3391)
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
Tel: (212) 218-5500
Fax: (212) 218-5526

David Frazee (CA Bar No. 195375) (*admission pro hac vice pending*)
David R. Burtt (CA Bar No. 201220) (*admission pro hac vice pending*)
Jonmi N. Koo (CA Bar No. 231336) (*admission pro hac vice pending*)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Tel: (650) 838-4300
Fax: (650_ 838-4350

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTWEST INTERNATIONAL (TAIWAN) ENTERPRISES, a corporation formed under the laws of Taiwan (ROC); and VICTORIA POINT CORPORATION, a corporation formed under the laws of the British Virgin Islands,<br><br>Plaintiffs,<br><br>-against-<br><br>JOSEPH DELGRECO & COMPANY, INC., a corporation formed under the laws of the State of New York; and JOSEPH DELGRECO, an individual;<br><br>Defendants. | Case No.: |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrates of the Court to evaluate

possible disqualification or recusal, the undersigned counsel of record for Plaintiffs, hereby states

that EastWest International (Taiwan) Enterprises is a corporation formed under the laws of

Taiwan (ROC), with its principal place of business located in Taiwan, (ROC). Victoria Point Corporation is a corporation formed under the laws of the British Virgin Islands with its principal place of business located there.  It is further stated that no publicly held corporation owns 10% or more of the stock of these companies.

Dated: July 3, 2008

Respectfully submitted,

SEYFARTH SHAW LLP

By: *Eddy Salcedo*

David M. Monachino (DM 1527)
Eddy Salcedo (ES 3391)
620 Eighth Ave
New York, New York  10018
Tel: (212) 218-5500
Fax: (212) 218-5526

and

David Frazee (CA Bar No. 195375)
*(admission pro hac vice pending)*
David R. Burtt (CA Bar No. 201220)
*(admission pro hac vice pending)*
Jonmi N. Koo (CA Bar No. 231336)
*(admission pro hac vice pending)*
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Tel: (650) 838-4300
Fax: (650_ 838-4350

*Attorneys for Plaintiffs*

2