# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK
_____ Index No. 08 CIV 6124
EASTWEST INTERNATIONAL (TAIWAN) ENTERPRISES, ET ANO,
     Plaintiffs,
  -against-

JOSEPH DELGRECO & COMPANY, INC., ET ANO,
     Defendants.
_____

State Of New York, County of New York SS:
**ROBIN RAMSON**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 4TH day of JULY 2008, At: 11:15 AM

At: 10 SPRING HILL ROAD, ANNANDALE, NEW JERSEY 08801

Deponent served the Annexed: SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND ATTORNEY'S COVER LETTER DATED JULY 3, 2008

Upon: JOSEPH DELGRECO

### PERSONAL SERVICE ON AN INDIVIDUAL
An individual, by delivering thereat a true copy to **JOSEPH DELGRECO** personally; deponent asked the person spoken to if he was the named defendant, and he replied in the affirmative. Upon this information and belief, deponent knew that the person spoken to was the named defendant: **JOSEPH DELGRECO**

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: **47** App. Ht: **5'8"** App. Wt.**145**
Other identifying features:

Sworn to before me this 7TH
day of JULY 2008

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New Yok County
Commission Expires June 14, 2012

ROBIN RAMSON 956-346