# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 6124

EASTWEST INTERNATIONAL (TAIWAN) ENTERPRISES, ET ANO,
         Plaintiffs,

-against-

JOSEPH DELGRECO & COMPANY, INC., ET ANO,
         Defendants.

State Of New York, County of New York SS.:
ROBIN RAMSON
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 4TH day of JULY 2008, At: 11:15 AM

At: 10 SPRING HILL ROAD, ANNANDALE, NEW JERSEY 08801

Deponent served the Annexed: SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND ATTORNEY'S COVER LETTER DATED JULY 3, 2008

Upon: JOSEPH DELGRECO & COMPANY, INC.

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to JOSEPH DELGRECO (MANAGING AGENT) personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: MALE Color: WHITE Hair: BROWN App. Age: 47 App. Ht: 5'8" App. Wt.145
Other identifying features:

Sworn to before me this 7TH
day of JULY 2008

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New Yok County
Commission Expires June 14, 2012

ROBIN RAMSON 956-346