AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

## APPEARANCE

Case Number: 08-CV-6124

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

East West International (Taiwan)
Enterprises, and Victoria Point
    Corporation,

         v.

Joseph DelGreco & Company, Inc., and
Joseph DelGreco, an individual.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/21/2008 | _/s/ C.B. Samowitz_ |
| Date | Signature |
| | Cary B. Samowitz        cary.samowitz@dlapiper.com |
| | Print Name              Bar Number |
| | 1251 Avenue of the Americas |
| | Address |
| | New York            NY            10020 |
| | City                State         Zip Code |
| | (212) 335-4500      (212) 335-4501 |
| | Phone Number        Fax Number |