Cary B. Samowitz
cary.samowitz@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel. (212) 335-4500
Fax. (212) 335-4501
*Attorneys for Defendants*
*Joseph DelGreco & Company, Inc. and*
*Joseph DelGreco*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

EASTWEST INTERNATIONAL (TAIWAN)
ENTERPRISES, a corporation formed under
the laws of Taiwan (ROC); and VICTORIA
POINT CORPORATION, a corporation formed
under the laws of the British Virgin Islands,

    Plaintiffs,

  -against-

JOSEPH DELGRECO & COMPANY, INC., a
corporation formed under the laws of the State
of New York; and JOSEPH DELGRECO, an
individual,

    Defendants.

------------------------------------- X

Case No.: 08-CV-6124 (DB)

RULE 7.1 STATEMENT OF DEFENDANT
JOSEPH DELGRECO & COMPANY, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant JOSEPH DELGRECO & COMPANY, INC. (a private non-governmental party) hereby certifies that there is no parent corporation or any publicly-held corporation that owns 10% or more of its stock.

[*Signature block on next page.*]

Dated: New York, New York.
      July 21, 2008

**DLA PIPER US LLP**

By: _____
Cary B. Samowitz
1251 Avenue of the Americas
New York, New York 10020-1104
Tel. (212) 335-4500
Fax. (212) 335-4501
*Attorneys for Defendants*
*Joseph DelGreco & Company, Inc. and*
*Joseph DelGreco*