Cary B. Samowitz
cary.samowitz@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel. (212) 335-4500
Fax. (212) 335-4501
*Attorneys for Defendants*
*Joseph DelGreco & Company, Inc. and*
*Joseph DelGreco*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

EASTWEST INTERNATIONAL (TAIWAN)
ENTERPRISES, a corporation formed under
the laws of Taiwan (ROC); and VICTORIA
POINT CORPORATION, a corporation formed
under the laws of the British Virgin Islands,

        Plaintiffs,

  -against-

JOSEPH DELGRECO & COMPANY, INC., a
corporation formed under the laws of the State
of New York; and JOSEPH DELGRECO, an
individual,

        Defendants.

------------------------------------- X

Case No.: 08-CIV-6124 (DAB)

NOTICE OF MOTION TO STAY ACTION
IN FAVOR OF ARBITRATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion to Stay Action in Favor of Arbitration, the accompanying Declaration of Cary B. Samowitz, dated July 21, 2008, and all other papers and proceedings in this matter, defendants JOSEPH DELGRECO & COMPANY, INC. and JOSEPH DELGRECO, by their undersigned attorneys, DLA Piper US LLP, will move this Court before the Honorable Deborah A. Batts, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on a date to be determined by the Court for an order staying this action

in its entirety as to all named parties in favor of arbitration and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 21, 2008

DLA PIPER US LLP

By: _____
Cary B. Samowitz
1251 Avenue of the Americas
New York, New York  10020-1104
Tel. (212) 335-4500
Fax. (212) 335-4501
*Attorneys for Defendants*

NEWY1\8262354