Cary B. Samowitz
*cary.samowitz@dlapiper.com*
Barbara L. Seniawski
*Barbara.seniawski@dlapiper.com*
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel. (212) 335-4500
Fax. (212) 335-4501
*Attorneys for Defendants*
*Joseph DelGreco & Company, Inc. and*
*Joseph DelGreco*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X

EASTWEST INTERNATIONAL (TAIWAN) :
ENTERPRISES, a corporation formed under :
the laws of Taiwan (ROC); and VICTORIA :
POINT CORPORATION, a corporation formed : Case No.: 08-CIV-6124 (DAB)
under the laws of the British Virgin Islands, :
:
Plaintiffs, :
:
-against- : NOTICE OF MOTION TO STAY
:
JOSEPH DELGRECO & COMPANY, INC., a :
corporation formed under the laws of the State :
of New York; and JOSEPH DELGRECO, an :
individual, :
:
Defendants. :
---------------------------------- X

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion to Stay Action in Favor of Arbitration, or, in the Alternative, Pending Arbitration, the accompanying Declaration of Cary B. Samowitz, dated August 6, 2008, and all other papers and proceedings in this matter, defendants JOSEPH DELGRECO & COMPANY, INC. and JOSEPH DELGRECO, by their undersigned attorneys, DLA Piper US LLP, will move this Court before the Honorable Deborah A. Batts, in the United States Courthouse for the Southern District of

New York, 500 Pearl Street, New York, New York 10007 on a date to be determined by the Court for an order staying this action in its entirety as to all named parties in favor of arbitration and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
      August 6, 2008

                                      DLA PIPER US LLP

                                      By: /s/ Cary B. Samowitz
                                         Cary B. Samowitz
                                         Barbara L. Seniawski
                                         1251 Avenue of the Americas
                                         New York, New York 10020-1104
                                         Tel. (212) 335-4500
                                         Fax. (212) 335-4501
                                         *Attorneys for Defendants*