David M. Monachino (DM 1527)
Eddy Salcedo (ES 3391)
Seyfarth Shaw LLP
620 Eighth Ave
New York, New York 10018
Tel: (212) 218-5500
Fax: (212) 218-5526

and

David Frazee (CA Bar No. 195375) (admission *pro hac vice* pending)
Jonmi N. Koo (CA Bar No. 231336) (admission *pro hac vice* pending)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Tel: (650) 838-4300
Fax: (650) 838-4350

*Attorneys for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTWEST INTERNATIONAL (TAIWAN) ENTERPRISES, a corporation formed under the laws of Taiwan (ROC); and VICTORIA POINT CORPORATION, a corporation formed under the laws of the British Virgin Islands,<br><br>Plaintiffs,<br><br>-against-<br><br>JOSEPH DELGRECO & COMPANY, INC., a corporation formed under the laws of the State of New York; and JOSEPH DELGRECO, an individual,<br><br>Defendants. | Case No.: 08 CIV 6124<br><br>**ORDER** |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York. Upon consideration of this motion and supporting papers, it is, this ____ day of August 2008,

ORDERED that the Motion for Admission *Pro Hac Vice* for David Frazee, Esq. and Jonmi N. Koo, Esq. is GRANTED; and it is

FURTHER ORDERED that David Frazee, Esq. and Jonmi N. Koo, Esq., are hereby admitted to appear before this Court as counsel for Plaintiffs in the above-captioned matter.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED.

*Deborah A. Batts* 8/26/08
JUDGE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE